UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-32327 |
| Lakesha L. Clay | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| Debtor(s) | ) | Adv. No.: 19-00766 |
| Lakesha L. Clay | ) | |
| Plaintiff(s) | ) | |
| Pack It In Storage, Inc. | ) | |
| Defendant(s) | ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT

This matter coming to be heard on Debtor-Plaintiff's, Lakesha L. Clay's, Motion to Approve Settlement Agreement and to Shorten Notice pursuant to Fed. R. Bankr. P. 9019 ("Motion to Approve") to approve the settlement agreement reached between Lakesha L. Clay and Defendant Pack It In Storage, Inc. (the "Settlement Agreement"), with notice having been served on the parties of interest, and the Court being advised in the premises,

IT IS ORDERED:

1. The Settlement Agreement as set forth in the Motion to Approve is approved.

2. Notice is shortened to 17 days.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: August 15, 2019

**Prepared by:**

Arthur Corbin
Corbin Law Firm, LLC
2500 E. Devon Ave. Ste. 200
Des Plaines, IL 60018